GMB

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

Robert Barker JR.

_____

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

1:23-cv-15426
Judge Sharon Johnson Coleman
Magistrate Judge Gabriel A. Fuentes
PC 1
DIRECT

vs.

Commissary Staff

Supervisor Dave

C/o mayo #16209

C/o Hernandez (property officer in

Division 9 segregation, 1 south)

C/o Finn, Z #17473 property officer
(Enter above the full name of ALL
defendants in this action. **Do not
use "et al."**)

**RECEIVED**

☑ OCT 30 2023

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**CHECK ONE ONLY:**

✓      **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
U.S. Code** (state, county, or municipal defendants)

_____      **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
28 SECTION 1331 U.S. Code** (federal defendants)

_____      **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

I. **Plaintiff(s):**

A. Name: Robert Barker Jr.

B. List all aliases: Red Rilla

C. Prisoner identification number: 202/0328118

D. Place of present confinement: Cook County Jail

E. Address: 2900 S. California Ave, Chicago, IL 60608

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**

(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

A. Defendant: Supervisor Dave

Title: Supervisor of Commissary Staff

Place of Employment: Cook County Jail

B. Defendant: Commissary Staff

Title: Commissary

Place of Employment: Cook County Jail

C. Defendant: C/o mayo #16209

Title: Correctional officer

Place of Employment: Cook County Jail

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

D. Defendant: C/O Finn # 17473
title: property officer in Division 9 segregation / 1 South
Place of Employment: Cook County Jail

E. Defendant: C/O Hernandez
title: property officer in Division 9 segregation / 1 South
Place of Employment: Cook County Jail

III. **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: _Robert Barker V. Classification of Cook County_

B. Approximate date of filing lawsuit: _5/5/23_

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _N/A_

D. List all defendants: _Classification of Cook County Director Lucill #55_

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _U.S. District Court, Cook County_

F. Name of judge to whom case was assigned: _Hon. Sharon Johnson Coleman_

G. Basic claim made: _Plaintiff claims the defendants, correctional officials, have violated his constitutional rights by exposing him to unreasonable risk of harm at the ends of inmate enemies'_

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _This case is still pending_

I. Approximate date of disposition: _5/18/23_

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

IV.     **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

I have been going through alot of foulplay with Commissary with my money my family sends me to be as comfortable as I can be while I'm going through this trying time, which has been very hard for me as I've been away from my family, my 3 kids, and my loving Girlfriend who supports me dearly in this hard time and Commissary here of Cook County has violated my 8th and 14th Amendments continously because they have been Bias towards me, because I am a detainee and they have acted out with malicious and cruel intent by trying to cheat me and have cheated me out of my money on numerous amount of occassions, which has been highly unfair to me and stealing is a crime and they need to be investigated thoroughly by the dept. of Justice, and most importantly in this Claim I need to be compensated for the foulplay that Commissary and Supervisor Dave has brought towards me Immediately. Commissary has to refund your money when you move to another Division or you don't sign for your commissary items immediately. Well on 9/1/22 I ordered commissary when I was in Division 11, but I was moved to division 8 on 9/6/22 and I put in a Commissary grievance and a regular grievance to recieve my money back of $ 10d.11, because Commissary wouldn't give you your money back if you didn't

4

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

put in grievances to ask for your money back so of course I did because I don't have money to waste first off, and most importantly my family sends me money in this very unfortunate time and they are taking care of my kids and other siblings, and my girlfriend Jennifer Schultz also has bills to be paid and family that she's taking care of as well but they are supporting me as well, which is like paying bills as well as they don't have money to waste as well. Well on 9/1/22 $20.00 was refunded to my Account, which I thought that was a refund for them always missing something from the items I ordered that I told them I didn't recieve, because that happens almost every week of me not getting something and catching them trying to get over by still charging me for the missing item or items. So I was putting grievances in to recieve my whole $102.11 back, but I still hadn't recieved my money back and Supervisor Dave one day came on the unit I was on and told me and few other people that it takes up to one week to recieve a refund of the money back, but it had been almost 4 weeks before this particular incident happen. So after about 5 grievances I put in about my money ~~xxxx~~ being returned that hadn't been returned yet Supervisor Dave came over to the unit I was on in Division 8/4E and showed me that $82.11 was returned to my Account on 9/21/22 on a trust fund Balance Sheet on 9/27/22. I was in my cell which was cell #5 when supervisor Dave came and spoke to me about the money of $82.11 being returned to my Books and I didn't understand why was only $82.11 returned when $102.11 was taken off my Books and Supervisor Dave Showed me that only $20.00 was returned to my books on 9/1/22 So by me takxifing all of them grievances standing on the fact that I was missing my sum of $102.11 He exposed the fact that only $20.00 was given back to me on 9/1/22 and the $82.11 was returned to me on 9/21 which was almost 4 weeks later, which meant and showed me Commissary was trying to steal $82.11 from me, because $20.00 was returned to me right away, but the $82.11 was returned weeks later, which was clearly foul play, because they was trying to steal and I told Supervisor Dave that and he became mad and argued that

I understood the foul play that was plotted and schemed on from him and commissary and the foul play started rapidly from this day of 9/27/22 Because every week I've been going through something with commissary trying to steal money rather its cheating me out of items and still charging me for the merit items, they have let people sign for my Commissary Bags when they knew it wasn't me, because I am a in the regular customer that spends Top dollar with them every week. The limit use to be $103.00 and I spent that every week with Commissary and now its $127.00, and I've been spending that with them since they changed the limit, and every since I have this law suit against the county which is called Barker v. Classification of cook county # 1:23-CV-3003 they have been rapid and maliciously doing foul play to me with my money and myself to the point I don't want to spend any more money with them because of the rapid foul play. Now they are depriving me from spending money with them because on 9/12/23 $124.73 was taken off my Account when I was in Division 5, but I was moved on 9/14/23 so I put in numerous amount of grievances so my money of $124.73 can get back to my Account, and my money was returned to my Account on 9/20/23, but on 9/22 Commissary violated my 8th and 14th Ammendments for the last time before I put in this law-suit in on them, because at this point I am mentally and emotionally disturbed from all of the stealing those people have tried to do and done to me. They are being bias once again to me by stealing $83.33 off my Account for absolutely nothing and they acted out with malicious and cruel intent by stealing the $83.33 off my Account putting I recieved hygiene items for $83.33 when not only did I not recieve any hygiene items for $83.33, but they have no signature or nothing to show on camera me recieving any hygiene items period. Commissary has stolen from me and I'm tired of the foul play I've been going through with them and I have some recipts to show how they let people sign for my Bag with Birthdates that doesn't have anything to do with me, and it's not my handwriting to prove So, How Commissary has

Stolen from me and I've had to write grievances just to get my refund back when they should just be professional and return my money rightfully after trying to cheat me out of my items, and they have took almost a month or 2 months to return my full sum of $103.00 or $127.00 dollars back to my Account hoping that I would slip up and not say nothing about my money that hasn't been returned. I saw supervisor Dave who had told me that my care package that my mother ordered for me off the Care package Jail Atm App that was ordered, but never brought to me in May of 2023 that my money was returned back to my mother's Bank card after I had to write about 6 grievances so that my mother wouldn't get cheated out of her money like they've been doing me. And Supervisor Dave said to me "I don't like you Fam, you write too many grievances," and I told him "I can tell you don't like me, because every week you and your staff members are trying to cheat me out of something that I'm rightfully paying for every week." That statement from supervisor Dave let me know that I would continue to go through more foul play, and I most definitely have been going through rapid foul play, because I will Always stand for something before I just fall for anything, especially in this situation because it is unfortunate I am in this situation away from the people I love the most, which is the people that support me with the money so I can be comfortable in this tight situation. Supervisor Dave and the commissary staff are not just ghetto, but they are very unprofessional and inconsiderate to a person like me who spends Top dollar with them every week, and my Family also orders care packages off Jail Atm, which is the most you can get out of commissary, but they are very ungrateful and I need to be compensated to the upmost due to the mental and emotional disturbance that not only I have endured but my Family and Girlfriend has too, because My Mother and My Girlfriend called commissary numerous Amount of times, and spoke to different people in Department about Refunds and foul play that has happened on the Regular with me. I'm signing to this statement to be truth and fact! Ralph Brooks 20210328118

10/7/23

Commissary staff and Supervisor Dave are Depriving me at this point to buy any Commissary items off Commissary, because not only do they at this point always try to cheat me out of my commissary items every week, but now they have showed me they could just go in my Account and steal money and note an excuse of why they stole my money trying to cover up for the crime they are committing like they did, which shows on my trust fund Balance sheet when they stole $33.33, and put recieved hygiene items, which is false and frivious, so I am currently buying and borrowing cosmetic items off the Black market from different inmates, and I am having my girlfriend Jennifer who is also witness to this Cash App, other inmates for food items and cosmetic items to survive as comfortable as I can, which is highly unfair and unacceptable at this point, because I should be able to spend my own money with Commissary ordinary. This is where the mental and emotional disturbance comes in at, because Commissary along with Classification who I am currently suing since 5/18/23 that has been picked up by the U.S. District Courts case # 23-CV-3003 has me Both game concious of not just my Life that has been threatning multiple amount of times by Classification, but also my money isn't safe either from Commissary stealing and not rightfully returning my money from missing items, which is hands down a violation of my Constitutional rights, because cruel and Unusual punishment is happening rapidly from Both ends, and I hope and pray at this point that I make it out of this Hell Hole cook county jail safely so I can be compensated by the courts, and be able to be back reunited with my Family, my girlfriend and my 3 Kids so that I can live happily ever after. Stealing is a crime and Justice/Compensation must be served.

Nait Baker 2021038118

mayo#16209 Incident

10/7/23

On 9/8/23 I was a outalone, Housed alone inmate in Division 9 on unit 2B, and I was told at 6:00am I was going to the holding Bullpin, because the electricion was coming up to fix the lights in the cell So I picked ill my property and commissary that I had just recieved on 9/1/23 that I have the reciept for to show all that was missing due to the foulplay done by C/o mayo D #16209 who I've wrote up inth past on 7/18/23 to be exact for threatining and taunting my safety after a fight I got into in Division 9/3E. I was down in the Bullpin and told C/o mayo #16209 about my trays being tampered with while I was outalone, Housed alone, and how I didn't recieve my lunch tray or dinner tray, which is on camera for classification who I am suing to see that I'm not lying about this important issue, and how I feel like a hostage, because I haven't eaten, because I was being mistreated by the C/o and inmates for me being a outalone, Housed alone inmate because of classification continues, dangering my safety and security. C/o mayo #16209 told me he was going to call classification who I have the lawsuit on and ask them for a favor and he got that done for me and told me he would go and get my stuff out of the cell while I go get cleared from psych. I told him everything was packed up and ready to go, because I am the only one in cell 2103 on 2B. Well when I came from getting cleared C/o may had a guy who I got into a Big Group fight with on 4/18/22 named Julius J. Davis bring me my property and my brown Bags that I had packed was gone So I became aware of the foulplay that was done by C/o mayo #16209, because he is the one that went and said he got my property out my cell and nobody was in my cell but me, and I began to ask him for my property that my family send me money for me to be as comfortable as I can be and he stated "Yea write this up" showin me that he had a personal vindeta against me for me writing him up on 7/18/23 After letting the guy Julius J. Davis bring my property with my 2Brown Bags of food items and Brandnew shoes, I have the reciept to show everything that was stolen by C/o mayo #16209. Its on camera at 5:00pm in Division 9 Holding area everything

that I'm saying to be true and I have the ticket to show me the guy Julius had a altercation on 4/18/22 in RTV division 8 so not only was I wasn't to be around him because we are into it, but C/O mayo #16209 knew about me and him having a physical Altercation before, because he asked me what happened between me and Julius and I told him and C/O mayo #16209 asked me in holding was it going to be a problem once it was time for me to come out of the Bullpin, and I told him I would be cool, but I admitted to C/O mayo #16209 that I didn't like him and mayo #16209 said "thats funny, because Julius said the same thing about you," but he allowed Julius to drag my Property that consisted of my pictures, clothes Cosmetics, and Commissary that I had just brought for $135.74 all the way in the Bullpin area to let me know that the foulplay was in affect instigated by C/O mayo #16209. My Commissary was stolen which was a violation of my 8th and 14th Amendment because C/O mayo is Bias toward me, because of the lawsuit I have in already on his people, which is classification and also, because of the write up I wrote mayo up on 7/18/23 and he acted out with malicious and cruel intent by stealing my Commissary which is on camera. When I saw supervisor Dave in the Hallway when I was moved to Division 5 in the beginning of September, he said to me "I heard you had to write my guy mayo up" I then begin to ask him how did he know about that just trying to see what he was going to say and he stated Mayo #16209 is my friend man so you know we talk from time to time." Thats when it was clear as day that the foulplay was done from mayo due to two things which is the lawsuit I have in on classification that is still pending and, because of the grievances I've wrote up on mayo in the past and clearly, because of Supervisor Dave and his Commissary staff who I've wrote up plenty of times for their foulplay and for this mistreatment I need to be compensated because I am not only Fighting for my safety at this point, but I can't spend money with commissary to be able to be as comfortable and clean as I can, because the foulplay is happening rapid Supervisor Dave also said "you got plenty money why you be tripping" which was Bias Statement as well [signature] 20210328118

10/16/83

Officer Hernandez the property officer in segregation has once again lost my personal property on purpose, because I've filled 2 grievances on him for giving my personal property away before the first time was on 12/31/22 when He lost $150 worth of food from commissary that I brought, 1 magic shave that cost $4.00, 3 Bottles of lotion that cost $1.65 a piece, 2 deodorants that cost $2.49 a piece, 2 Bowls with lids that cost $3.99 a piece, and 2 cups with lids that cost 99¢ a piece which equalled out to $215.00 in total. Well this particular day on 7/18/23 which is on camera in the hallway of 1 south at about 5:40pm to 6:00pm him Hernandez putting my property up in the air on camera saying "here is your Property so don't write a grievance", being sarcastic. We then went to 3A unit over here in Division 9 where he personally put my property back where he got it after I refused to go on 3A, because I seen one of the guys I got into it with and Im trying to stay out of trouble so this day after doing my time in seg-regation, ~~which~~ Is 7/25/23 I asked him where is my property and he smiled evilily and he gave me 2 grievances and told me to "write them up since you always write grievances on me", basically being bias towards me, because of the old write ups I wrote on him for this same Act, and he acted out with malicious and cruel intent by purposely losing my personal property that my family sends me money to be as comfortable as I can be once again. The property consisted of 16 noodles, 2 pink salmons, 2 summer sausages, 2 chicken Breast packs, 3 pack of tortilla shells, 4 Dorito chips, 2 Jolly Rancher Bags, 2 Reese cups, 2 snicker Bars, 1

chilli pack, 1 taco filling pack, 2 pack of jalapeno cheese, 1 Lasagna pack, 1 pickle, and 2 fruit punch Cool Aid packs. This is $96 dollars worth of food that went missing when it was in the hands of Hernandez the property officer back here in segregation on 1 South. It is on camera on 7/18/23 where Hernandez holds the Bag up with everything I just named that I'm missing out of my personal property. SGt. Wu who brought me to unit 16 at this time in segregation can Contest to everything I'm saying to be true about this personal property, because he is the one that put my commissary Items up, which is what he told me he would do, because of what I've been through in the past with C/o Hernandez the property officer in 1 South, and what SGt. Wu said was true about putting my property up because on 7/25/23 I saw my property and checked it when I was transferring from 16 to 3A before I seen one of the guys who jumped me in Division 11 on 8/8/23 and I refused, because at this point I am suing classification of cook county who keeps dangering my safety and security. My case # for me (Barker v. Classification of cook county is 1:23-CV-3003) I just found out also on 10/5/23 that my pictures my girlfriend Jennifer Schultz sent me through the App freeprint was delivered to the location I was at on Division 9/1E that C/o Franklin was given my pictures to give to me, but I never recieved my pictures because C/o Franklin the property officer is Bias towards me so he either through my pictures away or gave them too somebodys which is cruel and unusal punishment. They were 31 pictures

10/17/23

C/O Thompson on the 3-11pm shift over here in Division 9/2H in segregation let me not only know that I had two of the same set of pictures come in to me that my girlfriend confirmed that she sent the same pictures of her and my family twice. One was sent on 9/25/23 and the other one was sent on 10/11/23 confirmed by C/O Thompson after finding out from the rally looking in the computer under the mail section, but he also told me that C/O Finn, Z#17473 is the one who deals with the mail when it comes from the mail room to Division 9 segregation by him being the main property office, which makes since of why I haven't recieved my pictures, because I have wrote C/O Finn up several of times, which had Superintendent Cobble over here in Division 9 come and check with him about these foul played issues that was done too me by C/O Finn, Z#17473 which makes me a conflict of Intrest, because of the grievances I've filled on him and my first complaint from this lawsuit 1:23-CV-2003 that included him, which he was notified about as well and now more foul play continues, but the most hurtful at this time, because these are pictures of my family, which is priceless. I've wrote the mail room up on grievances and request slips and they've responded to me that they had been delievered which means foulplay is in affect. These people such as C/O Finn and C/O Hernandez and many of others are Heartless and need to pay severely for their actions that they continue on to do towards me. Thats why I never put a amount on the compensation, because more things are happening rapidly that can cause the sum to increase

Dalt Booker J0H0328118

that consisted of pictures of my 3 kids, my mother, my grandmother who just recovered from having a stroke, and pictures of my girlfriend and her mother. All of these pictures are first of all priceless, and all of these people mean the world to me and no matter what I've wrote as far as grievances on C/O Finn #1473 the property officer in segregation on 1 south my family is all I have, and to know that he did something evil and cruel with my pictures that came through the mail for me he needs to compensate me for this cruel and unusual punishment and since playing with my personal mail in a place of buisness is a Federal offense he needs to be severely punished for this crime he committed against me, because out of all of the property he's lost purposely of mine This lost of my family members, girlfriend and my 3 kids is the most painful, especially in this situation being away from them. Officer Finn #1473 doesn't know that I found out he was the one the had my picture through this officer named Cathopson and This is a violation of my 8th and 14th Ammendments because not only is C/O Finn #1473 and /o Hernandez Bias towards me because of the grievances I've wrote on him in the past, but now they have acted out with malicious and cruel intent by losing at this point $500 dollars worth of my personal property, but most importantly out of all him purposely losing my pictures (31) of my family kids, and girlfriend. I need to be compensated for this devias Act by c/o Hernandez and officer Finn immediately and they needs to be fired for their foul play against me. Rodt Parker #203/0338118

**V.    Relief:**

State briefly exactly what you want the court to do for you.  Make no legal arguments.  Cite no cases or statutes.

I've been mistreated on regular basis by the Commissary staff, Supervisor Dave, Correctional officer Mayo #16809, and C/O Hernandez the property officer in Division 9 and c/o Finn 17473 Segregation on enough accassions after already being incarcirated away from my family and love ones, and after spending Top Dollar with commissary every week for my personal property to be purposely mis placed and Stolen and rapid foulplay being at a all time high from these Suppose to be professional employees. I need to be compensated with a undisclosed amount for the mental and emotional damage and for stealing being a crime!.

**VI.    The plaintiff demands that the case be tried by a jury.** ☐ YES   ☑ NO

**CERTIFICATION**

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief.  I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this ___5th___ day of ___10___ , 20 __23__

_____Robert Barker Jr._____
(Signature of plaintiff or plaintiffs)

_____Robert Barker Jr_____
(Print name)

_____2021032 8118_____
(I.D. Number)

_____2700 S. California Ave, chicago, IL 60608_____
_____1305 Buffalo Ave. Calumet city, IL 60409_____

_____
(Address)

**COOK COUNTY SHERIFF'S OFFICE** *(OFICINA DEL SHERIFF DEL CONDADO DE COOK)*

**INMATE DISCIPLINARY REPORT** *(INFORME DISCIPLINARIO INTERNO)*

*handwritten: CERMAK 4-12-22* *1 of 2* *DIV 08 4F 14 2E-2*

| INCIDENT REPORT NO. | CONTROL NUMBER | IR NUMBER | FBI NUMBER | SID NUMBER | INMATE ID NUMBER |
|---|---|---|---|---|---|
| DIV08-2022-7070 | N/A | 1360086 | 74702EC9 | IL54055750 | 0469771 |

### INMATE INFORMATION

| Inmate's Name (Print) *(Nombre del recluso Imprimir)*: | Inmate's DOB *(Fecha de nacimiento)*: | Booking Number: | Division/Unit*(Division/unidad)*: | Inmate's Living Unit*(Unidad de viv...* |
|---|---|---|---|---|
| Robert Barker | 8/30/1985 | 20210328118 | Division 8 RTU | In-Cell |

### INFRACTION INFORMATION

| ☐ VERBAL WARNING ☐ FORMAL CHARGE | Date of Infraction: 4/12/2022 | Time of Infraction: 2:30 PM | Location of Infraction *(Lugar de la Infraccion)*: DIVISION 08 RTU | Restitution Form Attached: ☐ YES ☐ NO |
|---|---|---|---|---|

| NUMBER | CHARGE |
|---|---|
| 105 | Disorderly Conduct |
| 207 | Fighting |
| 307 | Battery |

### ■ DNA — VICTIM / WITNESS INFORMATION

| Victim/Witness | Inmate/Staff/Other | ID#/Star# | Name |
|---|---|---|---|
| ☐ Victim ☐ Witness | ☐ Inmate ☐ Staff ☑ Other: Participant | ☐ ID #: ____ ☐ Star #: ____ | Robert Barker |
| ☐ Victim ☐ Witness | ☐ Inmate ☐ Staff ☑ Other: Participant | ☐ ID #: ____ ☐ Star #: ____ | Deandre J Thomas |
| ☐ Victim ☐ Witness | ☐ Inmate ☐ Staff ☐ Other: Participant | ☐ ID #: ____ ☐ Star #: ____ | Anthony Milner |
| ☐ Victim ☐ Witness | ☐ Inmate ☐ Staff ☑ Other: Participant | ☐ ID #: ____ ☐ Star #: ____ | Julius J Davis |
| ☐ Victim ☐ Witness | ☐ Inmate ☐ Staff ☑ Other: Participant | ☐ ID #: ____ ☐ Star #: ____ | Deandre J Thomas |
| ☐ Victim ☐ Witness | ☐ Inmate ☐ Staff ☑ Other: Participant | ☐ ID #: ____ ☐ Star #: ____ | Ladarius Johnson |
| ☐ Victim ☐ Witness | ☐ Inmate ☐ Staff ☑ Other: Participant | ☐ ID #: ____ ☐ Star #: ____ | Kavarian K Rogers |
| ☐ Victim ☐ Witness | ☐ Inmate ☐ Staff ☑ Other: Participant | ☐ ID #: ____ ☐ Star #: ____ | Dureya Lark |
| ☐ Victim ☐ Witness | ☐ Inmate ☐ Staff ☑ Other: Participant | ☐ ID #: ____ ☐ Star #: ____ | Brandon Griffin |
| ☐ Victim ☐ Witness | ☐ Inmate ☐ Staff ☑ Other: Participant | ☐ ID #: ____ ☐ Star #: ____ | George Calhoun |
| ☐ Victim ☐ Witness | ☐ Inmate ☐ Staff ☑ Other: Participant | ☐ ID #: ____ ☐ Star #: ____ | Victor McNeil |
| ☐ Victim ☑ Witness | ☐ Inmate ☐ Staff ☐ Other: ____ | ☐ ID #: ____ ☐ Star #: ____ | L Ledesma |
| ☐ Victim ☑ Witness | ☐ Inmate ☐ Staff ☐ Other: ____ | ☐ ID #: ____ ☐ Star #: ____ | P Womack |
| ☐ Victim ☐ Witness | ☐ Inmate ☐ Staff ☐ Other: ____ | ☐ ID #: ____ ☐ Star #: ____ | M Orr |
| ☐ Victim ☑ Witness | ☐ Inmate ☐ Staff ☐ Other: ____ | ☐ ID #: ____ ☐ Star #: ____ | J Licea |
| ☐ Victim ☑ Witness | ☐ Inmate ☐ Staff ☐ Other: ____ | ☐ ID #: ____ ☐ Star #: ____ | L Velasques |

Quality Assured By: 1265

## 20210328118  Barker, Robert

**Location:**  DIV9 - 2B - 2103

mayo #16309

Cook County, IL

08/30/2023

| Code | Qty | Product | Price | | | |
|------|-----|---------|-------|---|---|---|
| 237 | 1 | Low top shoes size 9.5 (Zapatos de la Tapa Baja (Tamaño 9.5)) | 41.50 | 41.50 | | |
| 098 | 1 | Moisturizing Bar Soap 5oz (Pastilla Humectante de Jabón (5oz)) | 1.27 | 1.27 | 0.13 | 1.40 |
| 091 | 0 | 1.5oz roll on Antiperspirant/Deodorant (Max Securiy Rollo de Antitranspirante (1.5oz)) | 1.14 | 0.00 | 0.00 | 0.00 |
| | | Div9 Restrictions : 1 not filled | | | | |
| 126 | 6 | Freschscent Hand & Body Lotion Packet .25oz | 0.15 | 0.90 | 0.09 | 0.99 |
| 038 | 0 | Love Card (Tarjeta de Amor) | 1.00 | 0.00 | 0.00 | 0.00 |
| | | OUT OF STOCK : 1 not filled | | | | |
| 012 | 3 | Tito's Jalapeno Slices (K)(S)(V+) (Rodajas de Jalapeño 1oz (K)(S)(V+)) | 0.99 | 2.97 | 0.07 | 3.04 |
| 001 | 0 | Keefe Sugar Substitute Saccharin Pink - 10ct (Sweet and Low 10ct (K)(V+)) | 0.99 | 0.00 | 0.00 | 0.00 |
| | | Spending Limit : 2 not filled | | | | |
| 007 | 2 | Chooz Fruit Chews 3.5oz (S)(V+) (Chooz Fruit Chews (S)(V+)) | 1.89 | 3.78 | 0.09 | 3.87 |
| | | Spending Limit : 1 not filled | | | | |
| 022 | 0 | Reese's Peanut Butter Cup (K)(V) (Reese's Peanut Butter Cup (K)(V)) | 1.79 | 0.00 | 0.00 | 0.00 |
| | | Spending Limit : 3 not filled | | | | |
| 008 | 0 | Snickers (K)(S)(V) (Snickers (K)(S)(V)) | 1.79 | 0.00 | 0.00 | 0.00 |
| | | Spending Limit : 3 not filled | | | | |
| 086 | 1 | Flour Tortillas 6ct. (K)(V+) (Tortillas de Harina 6ct (K)(V+)) | 2.24 | 2.24 | 0.05 | 2.29 |
| 095 | 1 | Spicy Refried Beans 8oz (K)(V+) (Frijoles Refritos con Jalapeños 8oz (K)(V+)) | 4.99 | 4.99 | 0.11 | 5.10 |
| 052 | 0 | Kool Off SF Orange drink mix 10pk (K)(V+) (SF Kool Off Naranja 10pk (K)(V+)) | 3.49 | 0.00 | 0.00 | 0.00 |
| | | Spending Limit : 1 not filled | | | | |
| 051 | 0 | Kool Off SF Lemonade Drink mix 10pk (K)(V+) (SF Kool Off Limonada 10pk (K)(V+)) | 3.49 | 0.00 | 0.00 | 0.00 |
| | | Spending Limit : 1 not filled | | | | |
| 237 | 2 | Summer Sausage Hot & Spicy 5oz | 5.39 | 10.78 | 0.24 | 11.02 |
| 006 | 1 | Duplex Cookie 5oz (K)(S)(V+) (Duplex Galletas 5oz (K)(S)(V+)) | 1.89 | 1.89 | 0.04 | 1.93 |
| 007 | 0 | Lemon Creme Cookie 5oz (K)(S)(V+) (Galleta de Crema de Limón 5oz (K)(S)(V+)) | 1.89 | 0.00 | 0.00 | 0.00 |
| | | Spending Limit : 1 not filled | | | | |
| 118 | 3 | Ranch Dressing Packet (V) (Paquete de Ranch (V)) | 0.89 | 2.67 | 0.06 | 2.73 |

Quality Assured By: 1265

Green

20210328118  Barker, Robert

Receipt #799515

**Location:** DIV9 - 2B - 2103
Cook County, IL

08/30/2023

Invoice : 10765:cookIL-11127

| Code | Qty | Product | Price | Ext | Tax | Total |
|------|-----|---------|-------|-----|-----|-------|
| 7034 | 2 | Squeeze Jalapeno Cheese (V) (Exprimir el Queso Jalapeño (V)) | 1.44 | 2.88 | 0.06 | 2.94 |
| 7033 | 2 | Squeeze Cheddar Cheese (V) (Exprimir el Queso Cheddar (V)) | 1.44 | 2.88 | 0.06 | 2.94 |
| 7106 | 1 | Old Fashioned Louisiana Hot Sauce PC (K)(V+) (Paquete de Salsa Picante (K)(V+)) | 0.25 | 0.25 | 0.01 | 0.26 |
| 7042 | 2 | Pink Salmon Pouch 5oz (K) (Salmón Rosado 5oz (K)) | 5.99 | 11.98 | 0.27 | 12.25 |
| 7096 | 2 | Chicken Breast Pouch 4.5oz (Paquete de Pechuga de Pollo 4.5oz) | 6.49 | 12.98 | 0.29 | 13.27 |
| 7073 | 2 | Frito Lay BBQ 1.5oz (K)(V+) (Papitas de Barbacoa 1.5oz (K)(V+)) | 1.84 | 3.68 | 0.08 | 3.76 |
| 7141 | 1 | Pork Rinds Hot & Spicy (Corteza de Cerdo Caliente) | 2.74 | 2.74 | 0.06 | 2.80 |
| 7064 | 0 | Frito Lay Fritos Chili Cheese 1.5oz (V) (Fritos Queso de Chili 1.5oz (V)) | 1.84 | 0.00 | 0.00 | 0.00 |
| | | Spending Limit : 2 not filled | | | | |
| 7062 | 2 | Frito Lay Doritos Nacho Cheese 1.5oz (V) (Doritos Queso de Nacho 1.5oz (V)) | 1.84 | 3.68 | 0.08 | 3.76 |
| 7059 | 3 | Frito Lay Cheetos Jalapeno (V) | 1.84 | 5.52 | 0.12 | 5.64 |

38 Items

| | Subtotal: | 119.58 | 6.16 | 125.74 |
|---|---|---|---|---|

| | |
|---|---|
| Start Balance: | $1,729.05 |
| Total Purchase: | $125.74 |
| End Balance: | $1,603.31 |

Delivered By:

Date:

ent:

By signing, I acknowledge receipt of my Commissary Order, and the deduction of funds from my account

*This is all of the stuff c/o mayo stole out of
my room, which was brought to me on 9/1/23, which
I didn't get a chance to enjoy any of it, because
I was taken down to the Bullpin while the electricians
came to fix the lights at 6:00 am, and then I was moved
to Division 5 at 5:00 pm without my commissary that was stolen
by C/o mayo #16209 on 9/8/23

Quality Assured By: 5555                                                    Red

20210328118  Barker, Robert                          Receipt #766810

**Location:** DIV9 - 3E - 3209
Cook County, IL

**07/12/2023**

Invoice : 10369:cookIL-10722

| Code | Qty | Product | Price | Ext | Tax | |
|------|-----|---------|-------|-----|-----|---|
| 7052 | 1 | Hot Chili w Beans Pouch (Chile Caliente con el Paquete de las) | 4.59 | 4.59 | 0.10 | |
| 7034 | 2 | Squeeze Jalapeno Cheese (V) (Exprimir el Queso Jalapeño (V)) | 1.44 | 2.88 | 0.06 | 2.94 |
| 7046 | 0 | Chili w/beans pouch (Paquete de Chili con Frijoles) | 4.39 | 0.00 | 0.00 | 0.00 |
| | | *Spending Limit : 1 not filled* | | | | |
| 7033 | 3 | Squeeze Cheddar Cheese (V) (Exprimir el Queso Cheddar (V)) | 1.44 | 4.32 | 0.10 | 4.42 |
| 7125 | 2 | Brushy Creek Black Beans Pouch 10oz (V+) (Paquete de Frijoles Negros 10oz (V+)) | 3.19 | 6.38 | 0.14 | 6.52 |
| 7078 | 1 | Trails Best Double Barrel Salami (Trail's Best Double Barrel Salami) | 1.99 | 1.99 | 0.04 | 2.03 |
| | | *Spending Limit : 1 not filled* | | | | |
| 7106 | 2 | Old Fashioned Louisiana Hot Sauce PC (K)(V+) (Paquete de Salsa Picante (K)(V+)) | 0.25 | 0.50 | 0.01 | 0.51 |
| 7042 | 2 | Pink Salmon Pouch 5oz (K) (Salmón Rosado 5oz (K)) | 5.99 | 11.98 | 0.27 | 12.25 |
| 7096 | 2 | Chicken Breast Pouch 4.5oz (Paquete de Pechuga de Pollo 4.5oz) | 6.49 | 12.98 | 0.29 | 13.27 |
| 7073 | 3 | Frito Lay BBQ 1.5oz (K)(V+) (Papitas de Barbacoa 1.5oz (K)(V+)) | 1.84 | 5.52 | | |
| 7141 | 2 | Pork Rinds Hot & Spicy (Corteza de Cerdo Caliente) | 2.74 | 5.48 | 0.12 | |
| 7081 | 2 | Salsitas Tortilla Chip (K)(V+) (Salsitas Papitas de Tortilla (K)(V+)) | 1.79 | 3.58 | 0.08 | 3.66 |
| 7062 | 4 | Frito Lay Doritos Nacho Cheese 1.5oz (V) (Doritos Queso de Nacho 1.5oz (V)) | 1.84 | 7.36 | 0.17 | 7.53 |
| 7059 | 2 | Frito Lay Cheetos Jalapeno (V) | 1.84 | 3.68 | 0.08 | 3.76 |

| | | | | |
|---|---|---|---|---|
| **52 Items** | | **Subtotal:** | **124.57** | **2.95** | **127.52** |

Start Balance: **$1,721.97**
Total Purchase: **$127.52**
End Balance: **$1,594.45**

*Robert Barker*
*Robert Barker*
*3-26-1984*
*1984*
*This is not my handwriting or birthday*

Delivered By: 134
Date: 07-14-23
Resident:

By signing, I acknowledge receipt of my Commissary Order, and the deduction of funds from my account.

Page 2 of 3

I refused to lockup on
9/28. Sgt Hill in DIV9-06
recorded me on Body Camera
at 1:00pm after was
about $103.33
missing from my
Account Commisary
stole
It is on Camera

Stolen never
Signed anything
for Commissary
to take $103.33
off my Account

$124.73.
@ROIT

## Resident Transaction Details

Transactions From 6/14/2021 12:00 AM to 9/27/2023 11:59 PM

**0469771 : Barker, Robert**

DIV9 2G 2284

| Cook Checking Main Balance: | $1630.11 |
| Cook Checking Held: | $2618.00 |

But then→

$3.50 for Digi misfaxes

| 5905926 | 9/22/2023 | BillPay | PAYMENT FOR TRANS 5905925 | -$23.33 | $4248.11 |
| 5899742 | 9/20/2023 | CredPay | PAYMENT FOR TRANS 5899741 | $124.73 | $4271.44 |
| 5897451 | 9/20/2023 | BillPay | PAYMENT FOR TRANS 5897450 | -$29.87 | $4146.71 |
| 5870958 | 9/14/2023 | CredPay | PAYMENT FOR TRANS 5870957 | $50.00 | $4176.58 |
| 5862619 | 9/12/2023 | CredPay | PAYMENT FOR TRANS 5862618 | $50.00 | $4126.58 |
| 5859119 | 9/2/2023 | BillPay | PAYMENT FOR TRANS 5859118 | -$124.73 | $4076.58 |
| 5816628 | 9/2/2023 | BillPay | PAYMENT FOR TRANS 5816627 | -$20.00 | $4201.31 |

# Resident Transaction Details

Transactions From 6/14/2021 12:00 AM to 8/14/2023 11:59 PM

## 0469771 : Barker, Robert

DIV9 3C 3159

| | |
|---|---|
| Cook Checking Main Balance: | $1721.97 |
| Cook Checking Held: | $2618.00 |

they are quick to take my money off but not quick to put it back. (culpay)

| Receipt | Date | Type | Bill Amount | Bill Comment / Collect | Adjust | Spend Balance |
|---|---|---|---|---|---|---|
| 5693247 | 8/8/2023 | CredPay | | PAYMENT FOR TRANS 5693246   wellps later | $127.52 | $4339.97 |
| 5693246 | 8/8/2023 | Credit | $127.52 | Commissary : COMMISSARY CREDIT 8/8/2023 REF:10957 | | $4212.45 |
| 5548183 | 7/12/2023 | BillPay | | PAYMENT FOR TRANS 5548182 | | $4212.45 |
| 5548182 | 7/12/2023 | Bill | $127.52 | Commissary : COMMISSARY 7/12/2023 REF:10722 | $127.52 | $4339.97 |
| 5537637 | 7/10/2023 | BillPay | | PAYMENT FOR TRANS 5537636 | -$25.00 | $4339.97 |
| 5537636 | 7/10/2023 | Bill | $25.00 | Commissary : COMMISSARY 7/10/2023 REF:10697 | | $4364.97 |
| 5496517 | 7/1/2023 | BillPay | | PAYMENT FOR TRANS 5496516 | $20.00 | $4364.97 |
| 5496516 | 7/1/2023 | Bill | $20.00 | Commissary : COMMISSARY 7/1/2023 REF:10612 | | $4384.97 |
| 5478455 | 6/28/2023 | BillPay | | PAYMENT FOR TRANS 5478454 | -$127.28 | $4384.97 |
| 5478454 | 6/28/2023 | Bill | $127.28 | Commissary : COMMISSARY 6/28/2023 REF:10559 | | $4512.25 |
| 5468668 | 6/26/2023 | BillPay | | PAYMENT FOR TRANS 5468667 | -$20.00 | $4512.25 |
| 5468667 | 6/26/2023 | Bill | $20.00 | Commissary : COMMISSARY 6/26/2023 REF:10534 | | $4532.25 |
| 5458235 | 6/25/2023 | CredPay | | PAYMENT FOR TRANS 5458234 | $40.00 | $4532.25 |
| 5458234 | 6/25/2023 | Credit | $40.00 | Western Union Deposits : TCN:0208951262317768\|JENNIFER, SCHULTZ | | $4492.25 |

Confidential Property of Cook County

Printed 8/14/2023



Robert Barker 2021032118
3700 S. California Ave.
Chicago, IL. 60608

RECEIVED

OCT 3 0 2023

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Prisoner Correspondence
Clerk's office
U.S. District Court
219 South Dearborn Street, 20th Floor
Chicago, IL. 60604



10/30/2023-26

Legal Mail